## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW MEXICO

NORMA RENTERIA,

        Plaintiff,

v.                                        CV No. 20-903 RB/CG

C.R. BARD, INC., et al.,

        Defendants.

### ORDER GRANTING JOINT MOTION TO STAY DEADLINES

**THIS MATTER** is before the Court upon the parties' *Joint Motion to Stay* (the "Motion"), (Doc. 36), filed October 2, 2020. In the Motion, the parties request the Court stay this case until February 1, 2021, pending finalization of the parties' settlement discussions. (Doc. 36 at 2). The Court, having reviewed the Motion and noting it is unopposed, finds the Motion is well-taken and shall be **GRANTED**.

**IT IS THEREFORE ORDERED** that all discovery and pretrial deadlines in this matter be stayed until **February 1, 2021**.

**IT IS FURTHER ORDERED** that on or before **February 1, 2021**, the parties shall provide a status report of the underlying action and state whether the parties request that the stay be further extended or that these proceedings move forward

**IT IS SO ORDERED**.

_____
THE HONORABLE CARMEN E. GARZA
CHIEF UNITED STATES MAGISTRATE JUDGE