IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

NORMA RENTERIA,

        Plaintiff,

v.                                                       CV No. 20-903 RB/CG

C.R. BARD, INC., et al.,

        Defendants.

## ORDER VACATING TELEPHONIC RULE 16 SCHEDULING CONFERENCE

**THIS MATTER** is before the Court upon review of the record. Upon receipt of the parties' *Joint Motion to Stay*, (the "Motion"), (Doc. 36), filed October 2, 2020, the Court shall vacate the Telephonic Rule 16 Scheduling Conference scheduled for Tuesday, October 13, 2020.

**IT IS THEREFORE ORDERED** that the Telephonic Rule 16 Scheduling Conference scheduled for Tuesday, October 13, 2020, at 1:30 p.m. is hereby **VACATED**.

**IT IS SO ORDERED**.

_____
THE HONORABLE CARMEN E. GARZA
CHIEF UNITED STATES MAGISTRATE JUDGE