IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

NORMA RENTERIA,

      Plaintiff,

v.                                                                CV No. 20-903 RB/CG

C.R. BARD, INC., et al.,

      Defendants.

## ORDER GRANTING JOINT MOTION TO EXTEND STAY OF DEADLINES

**THIS MATTER** is before the Court upon the parties' *Joint Motion to Extend Stay* (the "Motion"), (Doc. 41), filed January 29, 2021. In the Motion, the parties request the Court extend its stay of this case by 120 days. *Id.* at 1. The parties explain "they continue to work diligently toward finalizing the settlement, including the master settlement agreement." *Id*. The Court will grant the parties' motion in part and will extend the stay of this case by 60 days rather than 120 days.

**IT IS THEREFORE ORDERED** that the parties' *Joint Motion to Extend Stay*, (Doc. 41), is **GRANTED IN PART**, and all discovery and pretrial deadlines in this matter are stayed until **April 1, 2021**.

**IT IS FURTHER ORDERED** that on or before **April 1, 2021**, the parties shall provide a status report of the underlying action and state whether the parties request that the stay be further extended or that these proceedings move forward.

**IT IS SO ORDERED**.

_____
THE HONORABLE CARMEN E. GARZA
CHIEF UNITED STATES MAGISTRATE JUDGE